## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

SEBASTIAN G. B.,

      Plaintiff,

    vs.                                                                        CIV NO. 1:25-cv-01305-KRS

FRANK BISIGNANO,
Commissioner of Social Security Administration,

      Defendant.

## ORDER GRANTING  STIPULATED MOTION FOR AWARD OF ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT

The Court, having reviewed Plaintiff Sebastian G. B.'s ("Plaintiff") and Defendant Frank Bisignano's Stipulated Motion for Award of Attorney Fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412 (Doc. 11), **HEREBY ORDERS** that:

1.      Attorney fees are awarded under the EAJA, payable to Plaintiff but mailed to Plaintiff's attorney in the amount of $1,754.98 in attorney fees. *See Astrue v. Ratliff*, 560 U.S. 586 (2010) (EAJA fees are paid to the prevailing party, not the attorney);

2.      Plaintiff shall also be awarded the $405.00 filing fee payable to the Plaintiff's attorney, which is to be paid from the Department of Justice's Judgment Fund, 28 U.S.C. § 2412, not agency funds; and

3.      If Plaintiff's counsel receives attorney fees under both the EAJA and 42 U.S.C. § 406(b) of the Social Security Act, Plaintiff's counsel shall refund the smaller award to Plaintiff pursuant to *Weakley v. Bowen*, 803 F.2d 575, 580 (10th Cir. 1986). The award is subject to the offset provisions of the EAJA. *See* 28 U.S.C. § 2412(c)(1) (2006).

      **IT IS SO ORDERED**.

HONORABLE KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE